Nancy Knupfer, Esq. (SBN 150051)
Alan W. Forsley, Esq. (SBN 180958)
FREDMAN KNUPFER LIEBERMAN LLP
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone:   (310) 284-7350
Facsimile:   (310) 284-7352

Attorneys for Defendants Martin Pemstein
and Diana Pemstein

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br>MARTIN PEMSTEIN and DIANA PEMSTEIN,<br><br>                      Debtors.<br><br>HAROLD PEMSTEIN,<br>                      Plaintiff,<br>v.<br>MARTIN PEMSTEIN and DIANA PEMSTEIN,<br>                      Defendants. | CASE NO. 8:10-BK-15552-RK<br>Adv. No. 8:10-ap-01369-RK<br><br>Chapter 11<br><br>**DEFENDANTS' REPLY TO HAROLD PEMSTEIN'S REPLY TO DEBTORS' POST-TRIAL BRIEF**<br><br><u>Trial Date</u><br>Date: November 30, 2011<br>Time: 1:30 p.m.<br>Courtroom: 5D |

Defendants Martin Pemstein ("**Martin**") and Diana Pemstein ("**Diana**") (collectively "**Defendants**") submit this Reply to Harold Pemstein's Reply ("**Reply**") to Debtors' Post-Trial Brief in this adversary proceeding brought by Martin's brother Harold Pemstein ("**Harold**")(Harold and Defendants are collectively the "**Parties**").

///

---

1

*Defendants' Reply to Harold Pemstein's Reply to Debtors' Post-Trial Brief*

## I.
## INTRODUCTION

This Court invited the Parties to file a post-trial brief and for each to file a reply to those briefs. Harold did not file a post trial brief. Harold only filed his Reply which contains trial brief and reply brief arguments. Accordingly, Defendants file this reply to address Harold's trial brief arguments.

## II.
## HAROLD DOES NOT STATE ANY EVIDENCE THAT SHOWS THE JUDGMENT AROSE FROM MONEY OR PROPERTY THAT WAS ENTRUSTED TO MARTIN

Harold argues that "there is clear and unequivocal evidence" that Martin collected rents and failed to account for them, but Harold points to no such evidence presented at the trial. Reply, pg. 3, lines 22-24. Harold argues that Martin collected rents because the "CPA's found almost $300,000 was collected from October 1998 through November 2005," However, a CPA did not testify at this trial. Reply, pg. 4, lines 2-3. There was also no evidence that the Judgment was based upon any amounts determined by a CPA or based upon Martin collecting and retaining rents. Moreover, the CPA evidence is irrelevant because it concerns alleged damages which occurred after the December 4, 1998 Judgment complaint was filed. Thus, the CPA damages could not be part of the Judgment.

As Martin testified at trial, the Judgment arose from Martin's failure to collect rent. Again a "defalcation is a failure of a party to account for money or property that has been entrusted to them." In re Baird (1990) 114 B.R. 198, 204. There was no evidence that the Judgment arose from Martin's failure to account for money or property that was entrusted to him, so there is insufficient evidence for this Court to find that Harold prevailed on his 11 U.S.C. § 523(a)(4) claim.

### III.

### CONCLUSION

For all of the above reasons, Defendants respectfully request that the Court enter judgment in favor of Defendants and against Plaintiff as to all causes of action.

DATE: December 29, 2011          FREDMAN KNUPFER LIEBERMAN LLP

By: _____
Alan W. Forsley
Attorneys for Defendants
Martin Pemstein and Diana Pemstein

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN KNUPFER LIEBERMAN LLP 1875 Century Park East, Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **DEFENDANT'S REPLY TO HAROLD PEMSTEIN'S REPLY TO DEBTORS' POST-TRIAL BRIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 29, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com;addy@fkllawfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **December 29, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
Chambers of The Honorable
Robert Kwan
411 W. Fourth St., Ste. 5165
Santa Ana, CA 92701

*Via U.S. Mail*
Harold Pemstein
2430 Holiday Road
Newport Beach, CA 92660

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 29, 2011 | ALAN W. FORSLEY | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                    F 9013-3.1.PROOF.SERVICE